UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON, AT TACOMA

| | | |
|---|---|---|
| KEYBANK, N.A., | ) | IN ADMIRALTY |
| | ) | |
| Plaintiff, | ) | No.  C06-5415RBL |
| v. | ) | |
| | ) | STIPULATION AND ORDER |
| MS. DAVENE, O.N. 589958 her Engines, | ) | FOR RELEASE OF DEFENDANT |
| Machinery, Appurtenances, etc., *In Rem* | ) | VESSEL FROM ARREST AND |
| And THOMAS J. KELLEY, *In Personam*, | ) | DISMISSAL |
| | ) | |
| Defendants. | ) | |
| | ) | |

## STIPULATION

COME NOW plaintiff assignee Dungeness Express, Inc., KeyBank and <u>in personam</u> defendant Thomas J. Kelley and stipulate to an order dismissing defendant Vessel MS. DAVENE, O.N. 589958, from arrest pursuant to Admiralty and Maritime Rule E(5)(c) and dismissing in personam claims against defendant Thomas J. Kelley with prejudice.

The plaintiff's note and vessel mortgage has been sold and assigned to Dungeness Express, Inc., pursuant to Facility Purchase Agreement and Assignment of Preferred

Stipulation and Order for
Release of Defendant Vessel
From Arrest and Dismissal

(C06-5415) - 1

Franciscovich & Associates
341 West Wishkah Street
Aberdeen, WA  98520
Telephone (360) 532-4141
Fax:  (360) 532-1640
E-mail:  frank@franciscovich.com

1

2  Mortgage with Key Bank which is dated December 8, 2006.

3

4      Pursuant to the above stipulation, the vessel should be released from arrest and the in

5  personam claims against defendant Thomas J. Kelley be dismissed with prejudice.

6

7      Dated:        December 13, 2006

8

9                              s/ FRANK M. FRANCISCOVICH

10                             WSBA #12025

11                             s/ WILLIAM D. DE VOE

12                             WSBA #17454

13                             s/ DAVID WOLFENBERGER, President

14                             DUNGENESS EXPRESS, INC.

15                                   ORDER

16     Upon the foregoing stipulation, it is hereby

17

18     ORDERED that the U.S. Marshall shall forthwith release from arrest vessel MS. DAVENE,

19 O.N. 589958 and the in personam claims against defendant Thomas J. Kelley are dismissed with

20 prejudice

21

22

23     DATED this 21st day of December, 2006.

24

25                             *[signature]*

26                             RONALD B. LEIGHTON
                              UNITED STATES DISTRICT JUDGE

Stipulation and Order for
Release of Defendant Vessel
From Arrest and Dismissal

(C06-5415) - 1

Franciscovich & Associates
341 West Wishkah Street
Aberdeen, WA  98520
Telephone (360) 532-4141
Fax:  (360) 532-1640
E-mail:  frank@franciscovich.com

```
 1
 2   Presented by:
 3   FRANCISCOVICH & ASSOCIATES

 4   s/ FRANK M. FRANCISCOVICH
     WSBA #12025
 5   Attorney for Defendants
 6

 7   Copy Received; Notice of Presentation Waived:
     HOLMES, WEDDLE & BARCOTT
 8

 9   s/ WILLIAM D. DE VOE
     WSBA #17454
10   Attorney for Plaintiff
11
     s/ DAVID WOLFENBERGER, President
12   DUNGENESS EXPRESS, INC.
     Assignee
13

14   Approved for entry; all fees paid or provided for:
15

16
     s/United States Marshall
17   UNITED STATES MARSHALL
     Western District of Washington
18
     p
19
20
21
22
23
24
25
26
```

| | |
|---|---|
| Stipulation and Order for Release of Defendant Vessel From Arrest and Dismissal<br><br>(C06-5415) - 1 | Franciscovich & Associates<br>341 West Wishkah Street<br>Aberdeen, WA  98520<br>Telephone (360) 532-4141<br>Fax:  (360) 532-1640<br>E-mail:  frank@franciscovich.com |